IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>[2] RICARDO LUIS NAVARRO-SUAREZ,<br><br>Defendant. | No.: 25-cr-163 (CVR) |

**ORDER**

Upon the United States' "Motion for Cautionary Notice as to Property No. 19,706", and after having been duly advised of all the facts, and after due deliberation, the Court:

**ORDERS, ADJUDGES, AND DECREES**

that the Property Registrar of Humacao of the Commonwealth of Puerto Rico Property Registry record a cautionary notice for property located at 170 Palmas Dr. E, La Jolla del Palmas Condominium I, Apt. C16, Humacao, Puerto Rico 00971-6330, together with all improvements and appurtenances, more described as follows:

> Horizontal Property: Dwelling unit number C-16 which is part of the Horizontal Property, Regime known as La Jolla de Palmas Condominium I, located at Candelero Abajo Ward, Municipality of Humacao, Puerto Rico. It is two (2) bedrooms, two (2) story unit with a total construction area of 1556.00 square feet equivalent to 144.56 square meters. The maximum length of this unit is 36.75 feet, and its maximum width is 24.21 feet. This unit is # 16 of area C located on the Southeast side of the Regime. Its North wall is common in part with dwelling unit #C-15 and its South wall with dwelling unit #C-17 / Its boundaries are: by the NORTH, in a distance of 22.25 feet with dwelling unit #C-15 and in a distance of 14.50 feet with common area; by the SOUTH, in a distance of 14.75 feet with dwelling unit #C-17 and in a distance of 22.00 feet with common area; by the EAST, in a distance of 24.21 feet with common area and by the WEST, in a distance of 24.21 feet with common area.

On its lower floor this unit contains the entrance door leading to a corridor which opens into the living-dining area which opens into a terrace. On one side of the entrance corridor are the laundry, storage rooms, and the stairway leading to the upper floor. The kitchen is located to the other side of the corridor and opens into a patio located at the front of the dwelling unit, measuring approximately 11.58 feet by 10.00 feet, which has been included as part of the surface area of the unit. The upper floor contains a corridor leading to the master bedroom with its dressing area and bathroom, and to another bedroom with dressing room, and one bathroom and linen closet. This dwelling unit has for its private use two parking spaces which are numbered with the same number of the unit. PORCENTAJE: Elementos Comunes Generales: 1.4441 %.

Property No. 19,706, recorded at page 45 of volume 440 of Humacao, Registry of the Property of Humacao, Puerto Rico.

The cautionary notice shall advise the public of the pendency of this criminal case brought by the United States of America against defendant [2] Ricardo Luis Navarro-Suarez, and that the above-described Property No. 19,706 is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(2) and (a)(1) and 28 U.S.C. § 2461(c).

**IT IS SO ORDERED**.

San Juan, Puerto Rico, April 8, 2025.

                                              S/ CAMILLE L. VELEZ-RIVE
                                              CAMILLE L. VELEZ-RIVE
                                              UNITED STATES DISTRICT JUDGE