## CERTIFICATE OF RESOLUTION
## OF THE BOARD OF DIRECTORS OF
## JCA PACKAGING GROUP, INC.

I, the undersigned, Glenda Melendez Perez, being the duly elected and acting Secretary of JCA Packaging Group, Inc., a Puerto Rico corporation registered in the Puerto Rico State Department, under number 201014, do hereby certify that the following is a true and correct copy of a resolution adopted by the Board of Directors of said corporation at a meeting duly held on April 14, 2025, at which a quorum was present and acting throughout, and that such resolution has not been amended or revoked and remains in full force and effect:

"RESOLVED, that Mr. Edgardo Navarro Suarez, President of JCA Packaging Group, Inc., has been duly authorized to represent and to act on behalf of the corporation in relation to the case of United States v. JCA Packaging Group, Inc., criminal case number 25-163 (CRV)."

FURTHER RESOLVED, that the President of this corporation is authorized and directed to take such actions and execute such documents as may be necessary or appropriate to effectuate the foregoing resolution.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of JCA Packaging Group, Inc. on this 14 day of April 2025.

_____
Glenda Melendez Perez
Secretary
JCA Packaging Group, Inc.

## CERTIFICATE OF RESOLUTION
## OF THE BOARD OF DIRECTORS OF
## JCA DEVELOPMENT, INC.

I, the undersigned, Glenda Melendez Perez, being the duly elected and acting Secretary of JCA Development, Inc., a Puerto Rico corporation registered in the Puerto Rico State Department, under number 333283, do hereby certify that the following is a true and correct copy of a resolution adopted by the Board of Directors of said corporation at a meeting duly held on April 14, 2025, at which a quorum was present and acting throughout, and that such resolution has not been amended or revoked and remains in full force and effect:

"RESOLVED, that Mr. Edgardo Navarro Suarez, President of JCA Development, Inc., has been duly authorized to represent and to act on behalf of the corporation in relation to the case of United States v. JCA Development, Inc., criminal case number 25-163 (CRV)."

FURTHER RESOLVED, that the President of this corporation is authorized and directed to take such actions and execute such documents as may be necessary or appropriate to effectuate the foregoing resolution.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of JCA Development, Inc. on this 14 day of April 2025.

Glenda Melendez Perez
Secretary
JCA Development, Inc.